502 A.2d 1241

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Franklin R. CROMLEY, Respondent.**

Supreme Court of Pennsylvania.

Dec. 27, 1986.

Petition for Allowance of Appeal GRANTED, No. 1 E.D. Appeal Docket 1986.